# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN HELM,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 4:17-0669** |
| v. | : | **(JUDGE MANNION)** |
| **GREGORY FORESMAN, TIMOTHY MILLER and DAVID YOUNG, All In Their Individual and Official Capacities, and THE CITY OF WILLIAMSPORT,** | : : : | |
| **Defendants** | : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the defendants' motion to dismiss the plaintiff's complaint, **(Doc. 7)**, is **DENIED** in all respects except as to the argument that certain of the plaintiff's claims are barred by the applicable statute of limitations which is **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 18, 2018**